**Dismissed and Opinion Filed February 5, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01357-CV

### JOHNNY HILL, Appellant
### V.
### WAL-MART STORES, INC. AND WAL-MART STORES TEXAS, LLC, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-08117**

## MEMORANDUM OPINION
Before Justices Myers, Whitehill, and Pedersen, III
Opinion by Justice Pedersen, III

The filing fee, docketing statement, and clerk's record in this case are past due. By order dated January 2, 2020, we granted appellant's counsel's motion to withdraw. In that order, we informed appellant that this appeal was subject to dismissal for failure to pay the filing fee and the fee for preparation of the clerk's record. We directed appellant to pay the filing fee and to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation appellant had been found entitled to proceed without payment of costs within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Bill Pedersen, III//
BILL PEDERSEN. III
JUSTICE

191357f.p05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOHNNY HILL, Appellant

No. 05-19-01357-CV          V.

WAL-MART STORES, INC. AND WAL-
MART STORES TEXAS, LLC, Appellee

On Appeal from the 160th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-17-08117.
Opinion delivered by Justice Pedersen, III.
Justices Myers and Whitehill participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees WAL-MART STORES, INC. AND WAL-MART STORES TEXAS, LLC recover their costs of this appeal from appellant JOHNNY HILL.

Judgment entered this 5th day of February, 2020.